**JS-6**
**LINK: 33**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. CARELLI, an Individual, DANIEL J. PALAY, as Trustee of and on behalf of THE PALAY FAMILY TRUST,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MATTHEW SCOTT, GELSCO, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No. CV-09-1384 GAF (AJWx)**<br><br>**JUDGMENT** |

　　　Defendants Matthew Scott and Gelsco, Inc., upon good cause shown, default having heretofore been entered, upon motion of Plaintiffs and upon affidavit that Defendants are indebted to Plaintiffs,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs recover the total sum of $4,902,950.25.  The amount is awarded as follows:

　　　Daniel J. Palay, as Trustee of and on behalf of The Palay Family Trust, shall recover from the Defendants, and each of them, the sum of $1,020,833.00, plus statutory interest of $145,154.06.

　　　Plaintiff Jeffrey P. Carelli, an individual, shall recover from the Defendants, and each of them, the sum of $1,432,972.00, plus statutory interest of $203,756.84.

　　　The Court finds that the conduct of Matthew Scott and Gelsco, Inc. was fraudulent.  Punitive damages are awarded against the Defendants, jointly and severally, in the amount of $2,000,000.00.

1   Further, attorneys' fees are awarded to Plaintiffs pursuant to Local Rule 55-3 in
2 the amount of $99,654.32.
3   Costs are awarded to Plaintiffs in the amount of $580.03.
4   This judgment in the amount of $4,902,950.25 is entered by the clerk at the
5 request of Plaintiffs and upon affidavit that said amount is due in accordance with Rule
6 55 of the Federal Rules of Civil Procedure.

8 DATED: June 24, 2010

   Judge Gary Allen Feess
11   United States District Court

2